1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DION T. ANDERSON,

        Plaintiff,

    v.

JUDICIAL COUNCIL OF CALIFORNIA, et al.,

        Defendants.

No.  2:25-cv-1983 SCR P

ORDER

16       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

17  42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

18  required filing fee of $350.00 plus the $55.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a),

19  1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

20  support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.

21       In accordance with the above, IT IS HEREBY ORDERED that:

22       1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

23  support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

24  the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result

25  in a recommendation that this action be dismissed; and

26

27  ───────────────

[1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

28

1

2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 23, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE